PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leroy Saperstein                                    Cr.: 04-054-001

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, U.S. District Judge

Date of Original Sentence: 10/25/04

Original Offense: Fraud

Original Sentence: Four years probation, ten months home confinement, $85,852.40 in restitution, $100 special assessment

Type of Supervision: Probation                          Date Supervision Commenced: 0/25/04

Assistant U.S. Attorney: Anthony Moscato                Defense Attorney: David Holman, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| / | The offender committed a new criminal offense by perjurying himself in New York. Specifically, on August 5, 2005 and June 9, 2006, Mr. Saperstein appeared in the Supreme Court of the State of New York- County of Kings for a civil proceeding. This civil proceeding related to Mr. Saperstein's aunt, Beatrice Dreifus, guardianship for both monetary and personal needs. In his application to the Court to become both personal and financial guardian of Ms. Dreifus, Saperstein was asked if he has ever been convicted of a crime. He denied ever being convicted to a crime, while under oath. As such, he has violated the terms of his probation by committing perjury. |

2    The offender has violated the supervision condition which states **'The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.'**

    Mr. Saperstein submitted monthly supervision reports for the months October 2005 through May of 2006 to our office. In those reports, Saperstein failed to include income from gift money he received from his aunt, Beatrice Dreifus. Saperstein admitted to the U.S. Probation Office that he received gift money in 2005 and 2006 in the amount of $11,000 annually.

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
   U.S. Probation Officer
Date: 09/28/06

---

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: Oct. 23, 2006  2:00 P.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Oct 6, 2006
_____
Date