PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Saperstein                    Cr.: 04CR54-001
                                                     PACTS #: 38439

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, U.S. District Judge

Date of Original Sentence: 10/25/04

Original Offense: Embezzlement from the United States Railroad Retirement Board in violation of Title 18: U.S.C. Section 641

Original Sentence: 4 years probation, 10 months home confinement, financial disclosure, no new credit, and $85,852.40 restitution

Violation Sentence: 6 months imprisonment, 3 years supervised release, financial disclosure, no new credit, and $85,852.40 restitution

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/28/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**  **Nature of Noncompliance**

1                    The offender was ordered to pay $85,852.40 in restitution to the Railroad Retirement Board. The restitution was ordered due immediately and any unpaid portion to be paid at a rate of no less than $100. Mr. Saperstein has an outstanding restitution balance of $56,752.

U.S. Probation Officer Action:
The offender has paid a total of $29,100.40 in restitution since being released. Mr. Saperstein is due to receive an inheritance due to the passing of his aunt earlier this year. He has advised that Probation Office that should he receive enough money to satisfy the balance owed he intends on satisfying all of the restitution. The U.S. Attorney's Office, Financial Litigation Unit has been made aware of the offender's impending inheritance and upcoming scheduled expiration of supervised release. The Financial Litigation Unit will continue the enforcement of the restitution order for at least twenty years beyond the expiration of supervised release. It is respectfully recommended that this term of supervision be permitted to expire as scheduled on September 27, 2010.

                                              Respectfully submitted,
                                              By: Karen L. Merrigan
                                                  U.S. Probation Officer
                                              Date: 09/22/10

PROB 12A - Page 2
Leroy Saperstein

*A response is necessary so that any action the Court requires can be taken as follows:*

[X] No Further Action Required
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Sept. 27, 2010
_____
Date